JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYERS INVESTMENT COMPANY, a California limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> SIZE CONTROL PLATING COMPANY, INC., et al. <br><br> Defendants. <br> _____ <br> SANRE CORPORATION, a California corporation, <br><br> Counterclaimant and Crossclaimant, <br><br> v. <br><br> MYERS INVESTMENT COMPANY, a California limited partnership, et al, <br><br> Counter and Cross-Defendants. <br> _____ | Case No.  SACV09-01024 JST (ANx) <br><br> JUDGMENT FOR SANRE CORPORATION ON ITS CROSS-CLAIM AGAINST SIZE CONTROL PLATING COMPANY, INC. <br><br> Pretrial Conference Date: October 26, 2012 <br><br> Trial Date: November 6, 2012 |

Pursuant to the Stipulation for Entry of Judgment Between Sanre Corporation ("Sanre") and Size Control Plating Company, Inc, ("Size Control"), and the Court's Order Granting Partial Summary Judgment to Sanre Corporation on its Cross-Claim Against Size Control Plating Company, filed September 14, 2012 (Dkt. No. 127),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Sanre Corporation is granted Judgment on Sanre's Fifth Claim for Relief as alleged in Sanre's Cross-Claim against Size Control;

2. Size Control is required and is ordered to comply with the indemnity provisions in the leases entered into between Sanre and Size Control;

3. Size Control is liable to Sanre for all damages and costs, including reasonable attorney's and consultant fees, response costs, judgments or moneys paid in settlement, incurred or to be incurred by Sanre as a result of Size Control's use of the premises at 4939 through 4945 Santa Anita Avenue, Temple City, CA, or as a result of any activity, work or things done, permitted or suffered by Size Control on these premises, or as a result of any breach of any term of any lease entered into between Size Control and Sanre;

4. Size Control is liable to Sanre for all damages and costs, including reasonable attorney's and consultant fees, response costs, judgments or moneys paid in settlement, incurred or to be incurred by Sanre as a result of Size Control's breach of the indemnity provisions in the leases entered into between Sanre and Size Control; and

5. Size Control is liable to Sanre for all costs incurred in defending this action, including reasonable attorney's and consultant fees, in the current amount of $419,930.17.

6. This judgment shall not be enforceable by anyone, specifically including Sanre, its successors, assigns, and/or insurers, prior to February 15, 2013.

Dated: November 01, 2012

_____

United States District Judge